**Order filed, January 2, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

NO. 01-14-01011-CV

**HOPE THERAPY, Appellant**

**V.**

**ST. ANTHONY'S HOSPITAL A/K/A LTHM HOUSTON-OPERATION, LLC D/B/A ST. ANTHONY'S HOSPITAL, INDIVIDUALLY, AS WELL AS JOINTLY AND SEVERALLY; AND JASON LEDAY A/K/A JASON DAMON LEDAY, INDIVIUALLY AS WELL AS JOINTLY AND SEVERALLY; AND DERIC OUTLEY A/K/A DERIC DEMO, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Case 2012-74149**

---

## ORDER

The reporter's record in this case was due December 29, 2014. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.


/s/ Harvey Brown

Acting individually